**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CHE CONSULTING, INC.,** | ) | |
| | ) | **Bid Protest** |
| **Plaintiff,** | ) | |
| | ) | **No. 07-55C** |
| **v.** | ) | |
| | ) | **(Judge Wheeler)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of F. JEFFERSON HUGHES as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

F. JEFFERSON HUGHES
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: January 25, 2007

s/ F. Jefferson Hughes
F. JEFFERSON HUGHES
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-3067
Facsimile: (202) 514-8640
Email: jeff.hughes@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on this 25th day of January, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ F. Jefferson Hughes