# In the United States Court of Federal Claims

No. 07-55C

(Filed: January 26, 2007)

```
************************************* *
                                      *
CHE CONSULTING, INC.,                 *
                                      *
                    Plaintiff,        *
                                      *
 v.                                   *
                                      *
THE UNITED STATES,                    *
                                      *
                    Defendant.        *
                                      *
************************************* *
```

## SCHEDULING ORDER

On January 24, 2007, Plaintiff, CHE Consulting, Inc., filed this bid protest action regarding solicitations issued by the General Services Administration on behalf of the Naval Oceanic Office. On January 26, 2007, the Court held a telephonic conference with counsel for the parties to discuss the background of the case. With the assistance and agreement of counsel, the Court established the following schedule for future proceedings pursuant to Rule 52.1:

1. Defendant shall file a certified copy of the Administrative Record with the Court by February 8, 2007;

2. Defendant shall file its Motion for Judgment on the Administrative Record by February 16, 2007;

3. Plaintiff shall file its Response and, if it wishes, a Cross-Motion for Judgment on the Administrative Record by March 2, 2007;

4. Defendant shall file its Reply and, if necessary, its Response to Plaintiff's Cross-Motion by March 12, 2007; and

5. Plaintiff shall file its Reply by March 22, 2007.

6. Counsel for both parties are requested to appear before the Court for oral argument on the merits of Plaintiff's bid protest at 10:00 AM on March 29, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge