IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-55C |
| v. | ) | Judge Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

CORPORATE DISCLOSURE STATEMENT OF STORAGE TECHNOLOGY CORPORATION

Pursuant to Rule 7.1 of the Rules of the United States Court of Claims, I, John J. O'Brien, Counsel of record for Storage Technology Corporation certify that Storage Technology Corporation has one parent corporation that is publicly held and which owns 10% or more of its stock. Storage Technology Corporation's parent is Sun Microsystems, Inc.

Respectfully submitted,

s/ John J. O'Brien

John J. O'Brien
COHEN MOHR, L.L.P.
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Storage Technology Corporation

Of Counsel:

David S. Cohen
COHEN MOHR, L.L.P.
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: January 31, 2007