# In the United States Court of Federal Claims

No. 07-55C

(Filed: January 31, 2007)

| | |
|---|---|
| ************************************ | * |
| | * |
| CHE CONSULTING, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

**ORDER**

On January 31, 2007, Storage Technology Corporation (StorageTek) filed a Motion to Intervene in this bid protest, pursuant to Rule 24 of the Court. Counsel for StorageTek represented that Plaintiff and Defendant have no objection to the granting of this motion, and the grounds for the motion otherwise are meritorious. Accordingly, and for good cause shown, StorageTek's motion is GRANTED, and StorageTek shall henceforth be identified as "Defendant-Intervenor" in this action.

StorageTek, as an Intervenor, shall submit its motions and supporting briefs on the same dates as Defendant, pursuant to the Court's January 26, 2007 Scheduling Order.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge