# In the United States Court of Federal Claims

No. 07-55C

(Filed: January 31, 2007)

************************************ *
*
CHE CONSULTING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**ORDER**

On January 31, 2007, Defendant filed a motion for leave to file the administrative record on CD-ROM and to waive the requirement for a paper copy. For good cause shown, Defendant may file the administrative record on CD-ROM. However, pursuant to RCFC General Order 42A, the Court requests that Defendant also provide the Court with a single courtesy copy of the administrative record in paper form.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge