# In the United States Court of Federal Claims

No. 07-55C

(Filed: February 6, 2007)

| | |
|---|---|
| ***************************************** | * |
| | * |
| CHE CONSULTING, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

AMENDMENT TO PROTECTIVE ORDER

Paragraph 3(a) of the Protective Order entered January 26, 2007 in the above-captioned case is hereby amended as follows:

"Protected information of any kind may be provided only to the Court and to individuals authorized by this Protective Order, and must be filed electronically as a sealed document in accordance with the procedures for filing documents under seal on the Court's Electronic Case Filing (ECF) system."

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge