**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CHE CONSULTING, INC.,** | ) | **Bid Protest** |
| | ) | |
| **Plaintiff,** | ) | **No. 07-55C** |
| | ) | |
| **v.** | ) | **(Judge Wheeler)** |
| | ) | |
| | ) | **Protected Information Only To Be** |
| **THE UNITED STATES,** | ) | **Disclosed In Accordance With United** |
| | ) | **States Court Of Federal Claims** |
| | ) | **Protective Order** |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's order dated January 26, 2007, defendant provides notice that it is filing the administrative record regarding plaintiff's protest.

As permitted by the Court's order dated January 31, 2007, the administrative record is contained on a CD-ROM. The CD-ROM contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter. The CD-ROM should be filed and maintained under seal pursuant to the Court's protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/F. Jefferson Hughes
F. JEFFERSON HUGHES
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3067
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
ANDREW SINN, ESQ.
Assistant Regional Counsel
U.S. GSA Office of Regional Counsel (4L)
77 Forsyth St., Suite 600
Atlanta, GA 30303
Tel: (404) 331-1535
Fax: (404) 331-1231

Dated: February 8, 2007

CERTIFICATE OF FILING

I hereby certify that on this 8th day of February, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ F. Jefferson Hughes