IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-55C |
| v. | ) | Judge Wheeler |
| | ) | |
| THE UNITED STATES | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STORAGE TECHNOLOGY | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT-INTERVENOR'S**
**MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Defendant-Intervenor, Storage Technology Corporation ("StorageTek"), a subsidiary of Sun Microsystems, hereby moves for judgment on the administrative record ("AR") with respect to the bid protest filed by Plaintiff, CHE Consulting, Inc., ("CHE").

Respectfully submitted,

/s/ John J. O'Brien

John J. O'Brien
COHEN MOHR LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney of Record for Storage Technology Corporation

Of Counsel:

David S. Cohen
COHEN MOHR LLP
1055 Thomas Jefferson St., N.W.
Suite 504
Washington, D.C. 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Dated: February 16, 2007