**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **CHE CONSULTING, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 07-55C** |
| **v.** | ) | **(Judge Wheeler )** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF FILING**
**SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Pursuant to Appendix C, paragraphs 21-24 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully provides notice that it is filing a supplement to the administrative record. This supplement has been compiled by the General Services Administration ("GSA") regarding plaintiff CHE Consulting, Inc.'s ("CHE's") agency protest of a GSA procurement for the Naval Oceanographic Office Major Shared Resource Center under Solicitation Nos. 4THG17078068 and 4THG17078067. Electronic copies of the additional pages and a revised index are attached. Pursuant to paragraph 24 of RCFC Appendix C, the parties are in agreement that these pages, numbered AR 365-84, may be added to the administrative record and that no protected material is included in these added pages.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/F. Jefferson Hughes
F. JEFFERSON HUGHES
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3067
Fax: (202) 514-8640

OF COUNSEL:
ANDREW SINN, ESQ.
Assistant Regional Counsel
U.S. GSA Office of Regional Counsel (4L)
77 Forsyth St., Suite 600
Atlanta, GA 30303
Tel: (404) 331-1535
Fax: (404) 331-1231

Dated: March 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of March, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING SUPPLEMENT TO THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ F. Jefferson Hughes