**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **CHE CONSULTING, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-55C** |
| | ) | **(Judge Wheeler)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**SECOND REVISED INDEX TO THE ADMINISTRATIVE RECORD**

**TABS**

1. Cancelled Solicitation 4THG17072001 DR

DR SOW . . . . . 1

DR BOM SW Inventory List . . . . . 6

DR BOM HW inventory list . . . . . 7

GSA Advantage EBuy Sources Sought . . . . . 8

GSA Advantage EBuy Buyer RFQ Detail . . . . . 9

DR Solicitation Revision1 . . . . . 20

DR Solicitation . . . . . 23

DR CHE Quote . . . . . 25

DR CHE Quote Information . . . . . 26

DR Commercial Data Systems Quote . . . . . 27

DR Storage Tek Quote . . . . . 28

2. Cancelled Solicitation 4THG17072002 MSRC

MSRC BOM HW Inventory List . . . . . . . . . . 30

MSRC BOM SW Inventory List . . . . . . . . . . 32

MSRC SOW . . . . . . . . . . 33

MSRC GSA Advantage EBuy SourcesSought . . . . . . . . . . 38

MSRC GSA Advantage EBuy Buyer RFQ Detail . . . . . . . . . . 39

MSRC Solicitation . . . . . . . . . . 49

MSRC CHE QuoteInformation . . . . . . . . . . 52

MSRC CHE Quote . . . . . . . . . . 53

MSRC StorageTech Quote . . . . . . . . . . 55

3. Protested Solicitation 4THG17078067 DR

DR SOWRevision1 . . . . . . . . . . 58

DR SOWRevision2 . . . . . . . . . . 64

DR Acquisition Plan . . . . . . . . . . 70

DR client request . . . . . . . . . . 77

DR HWList . . . . . . . . . . 78

DR HWRevision1 . . . . . . . . . . 79

DR SWList . . . . . . . . . . 81

DR SWRevision1 . . . . . . . . . . 82

MSRC SW . . . . . . . . . . 83

MSRC SW Revision 1 . . . . . . . . . . 84

DR SOW . . . . . . . . . . 85

DR STK Section 508 and nsa . . . . . 91

DR D&FOptions . . . . . 92

DRBNJ . . . . . 93

DRPreRFQApproval . . . . . 95

DR GSA Advantage EBuy SourcesSought . . . . . 100

DR GSA Advantage EBuy Buyer RFQ Detail . . . . . 102

DR GSA Advantage EBUY Vendor Notification . . . . . 103

DR IGCE1 . . . . . 105

DR IGCE . . . . . 106

DR Solicitation1 . . . . . 110

DR Solicitation Extension1-4 . . . . . 113

DR Instructions to Offeror . . . . . 117

DR Instructions to OfferorRevised . . . . . 122

DR Instructions to OfferorRevised01232007 . . . . . 127

DR Instructions to OfferorRevised12202006 . . . . . 132

DR Draft DD254 . . . . . 137

APO Response CHE Protest 1-12-07 . . . . . 139

GSA Response to CHE Protest Dec06 . . . . . 144

Kellogg Law Firm Protest . . . . . 190

4. Protested Solicitation 4THG17078068 MSRC

MSRC SOW . . . . . 198

MSRC SOW Revision1 . . . . . 204

MSRC SOW Revision2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 210

MSRC SW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 216

MSRC SW Revision 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217

MSRC Acquisition Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 218

MSRC ClientRequest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 226

MSRC HW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 227

MSRC HW Revision 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230

MSRC STK Section 508 and nsa . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 235

MSRC BNJ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 236

MSRC D&FOptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 238

MSRC PreRFQApproval . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 239

MSRC GSA Advantage EBuy SourcesSought . . . . . . . . . . . . . . . . . . . . . . . . . . . 244

MSRC GSA Advantage EBuy Buyer RFQ Detail . . . . . . . . . . . . . . . . . . . . . . . . . . 246

MSRC GSA Advantage EBUY Vendor Notification (5) . . . . . . . . . . . . . . . . . . . . . . 247

MSRC IGCE 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 249

MSRC IGCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 250

MSRC Solicitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 256

MSRC Solicitation extension 1-4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 258

MSRC Instructions to Offeror . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 262

MSRC Instructions to Offeror Revision 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 267

MSRC Instructions to OfferorRevision 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 272

MSRC Instructions to OfferorRevision 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 277

MSRC Draft DD254 . . . . . 282

APO Response CHE Protest 1-12-07 . . . . . 284

GSA Response to CHE Protest Dec06 . . . . . 289

Kellogg Law FirmProtest . . . . . 335

5. STK Resellers . . . . . 343

6. MIPR F1ATA05335G702 . . . . . 344

7. MIPR F1ATA05335G702A1 . . . . . 346

8. MIPR F1ATA05335G702A2 . . . . . 349

9. MIPR F1ATA05335G702A3 . . . . . 352

10. MIPR F1ATA05335G702A5 . . . . . 355

11. 8(c) CHE Solicitation itemized quote and questions emails . . . . . 358

12. CHE Agency Protest - CHE Reply Brief and affidavit . . . . . 365