# In the United States Court of Federal Claims

No. 07-55C

(Filed: April 5, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| CHE CONSULTING, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| STORAGE TECHNOLOGY CORPORATION, | * |
| | * |
| Defendant-Intervenor. | * |
| ****************************************** | * |

ORDER

On April 5, 2007, the Court held a telephonic conference with counsel for the parties to discuss their positions following the March 29, 2007 hearing in this bid protest. With the agreement of all parties, Defendant requested the opportunity to conduct market research concerning the practices of other organizations and government agencies with respect to maintenance service contracts for robotic tape library systems such as the StorageTek system at issue in this case. Defendant requested 45 days, to and including May 21, 2007, to complete this market research.

The parties are requested to be available for a telephonic status conference on Thursday, May 24, 2007 at 5:30 PM (EDT) to discuss the results of Defendant's findings, and the direction of further proceedings, if any, in this matter.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge