IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHE CONSULTING, INC., Plaintiff, | ) | |
| vs. | ) | Case No. 07-55C |
| THE UNITED STATES OF AMERICA, Defendant, | ) | Judge Wheeler |
| STORAGE TECHNOLOGY CORPORATION Defendant-Intervenor. | ) | |

**UNOPPOSED MOTION TO**
**REVISE NEW BRIEFING SCHEDULE**

COMES NOW CHE Consulting, Inc., by and through its undersigned counsel, and respectfully requests that the Court's briefing schedule reflected in its July 9, 2007 Order be revised as follows:

- Plaintiff's motion and supporting brief shall be filed on or before July 30, 2007.
- Defendant's and Defendant-Intervenor's cross-motions and supporting briefs shall be filed on or before August 13, 2007.
- Plaintiff may file a reply brief on or before August 20, 2007.

The reason CHE seeks a one week extension for all parties is that counsel for the Plaintiff must file a post-hearing brief in an unrelated matter that is pending before the ASBCA on July 20, 2007. Counsel for the Government and the Intervenor have been consulted with, and they have no objection to this Motion.

Respectfully submitted,

THE KELLOGG LAW FIRM

By /s/ Steven E. Kellogg

Steven E. Kellogg
2129 W. Main Street
Belleville, IL 62226
(618) 234-1900
(618) 234-5594 FAX
skellogg@kellogglawfirm.com

Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on July 10, 2007, the foregoing was filed electronically. I understand that notice of this filing be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven E. Kellogg
Steven E. Kellogg