# In the United States Court of Federal Claims

No. 07-55C

(Filed: July 13, 2007)

****************************************** *
*
CHE CONSULTING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
STORAGE TECHNOLOGY CORPORATION, *
*
Defendant-Intervenor. *
****************************************** *

AMENDED SCHEDULING ORDER

On July 10, 2007, Plaintiff filed an unopposed motion for an enlargement of time under the Court's July 9, 2007 Discovery Order. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the briefing schedule set forth in the July 9, 2007 order is amended as follows:

1. Plaintiff's motion for judgment on the Administrative Record and supporting brief shall be filed on or before July 30, 2007;

2. Defendant's and Defendant-Intervenor's cross-motions and supporting briefs shall be filed on or before August 13, 2007; and

3. Plaintiff may file a reply brief on or before August 20, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge