**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **CHE CONSULTING, INC.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 07-55C** |
| **v.** | ) | **(Judge Wheeler )** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT**

Pursuant to Rule 6.1 of the Rules of this Court ("RCFC"), defendant respectfully requests the Court to enlarge by seven days, to and including August 20, 2007, the time within which it must furnish any response to plaintiff's second motion for judgment upon the administrative record and file our own renewed motion for judgment upon the administrative record. Defendant's response and cross-motion is currently due on August 13, 2007, by order of this Court dated July 13, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's and intervenor's counsel do not oppose this motion, nor an extension of all remaining deadlines by one week.

Counsel for the Government has recently been involved in the drafting and filing of our initial appellate brief in Slattery v. United States, Fed. Cir. No. 2007-5063; the filing of our opposition to a motion for preliminary injunction, the filing of the administrative record, and presenting our arguments in another bid protest, Meeks Disposal, Inc. v. United States, Court of Federal Claims No. 07-544C; and post-decision processing in Bank of America v. United States, Fed. Cir. No. 2006-5088. Finally, intervenor's counsel, whose brief is due at the same time as

ours, informed us today that he broke his shoulder yesterday, so would appreciate having an additional week as well. The additional days are needed for finalization of our brief and to allow sufficient time for review.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin by s/Kathryn A. Bleecker
BRIAN M. SIMKIN
Assistant Director

s/F. Jefferson Hughes
F. JEFFERSON HUGHES
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3067
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
ANDREW SINN, ESQ.
Assistant Regional Counsel
U.S. GSA Office of Regional Counsel (4L)
77 Forsyth St., Suite 600
Atlanta, GA 30303
Tel: (404) 331-1535
Fax: (404) 331-1231

Dated: August 9, 2007

CERTIFICATE OF FILING

I hereby certify that on this 9th day of August, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ F. Jefferson Hughes