# In the United States Court of Federal Claims

No. 07-55C

(Filed: August 13, 2007)

| | |
|---|---|
| CHE CONSULTING, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| STORAGE TECHNOLOGY CORPORATION, | * |
| Defendant-Intervenor. | * |

SECOND AMENDED SCHEDULING ORDER

On August 9, 2007, Defendant filed an unopposed motion for an enlargement of time in which to respond to Plaintiff's second motion for judgment upon the administrative record, and to file a renewed cross-motion for judgment. For good cause shown, Defendant's motion is GRANTED. Accordingly:

1. Defendant's and Defendant-Intervenor's responses and cross-motions for judgment on the administrative record are due by August 20, 2007;

2. Plaintiff may file a reply brief on or before August 27, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge