# In the United States Court of Federal Claims

**No. 07-55 C**

**CHE CONSULTING, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**STORAGE TECHNOLOGY CORP.,**
**Defendant-Intervenor.**

Pursuant to the Opinion and Order, filed September 11, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered on the Administrative Record for Defendant and Defendant-Intervenor. No costs.

Brian Bishop
Clerk of Court

**September 13, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.