#067123

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 18 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHE CONSULTING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>STORAGE TECHNOLOGY CORPORATION<br><br>Defendant-Intervenor. | ) | Case No. 07-55C<br><br>Judge Wheeler |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff CHE Consulting, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's Opinion and Order which: (a) granted the Motions for Judgment on the Administrative Record filed by Defendant and Defendant-Intervenor; and (b) denied Plaintiff's Motion for Judgment on the Administrative Record and its request for declaratory and injunctive relief. That Opinion and Order was entered on September 11, 2007.

Respectfully submitted,

THE KELLOGG LAW FIRM

By ____________________

Steven E. Kellogg
2129 W. Main Street
Belleville, IL 62226
(618) 234-1900
(618) 234-5594 FAX
skellogg@kellogglawfirm.com

Attorney for the Plaintiff