IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHE CONSULTING, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 07-55C |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | Judge Wheeler |
| | ) | |
| Defendant, | ) | |
| | ) | |
| STORAGE TECHNOLOGY CORPORATION | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**CHE'S WITHDRAWAL OF ITS MOTION FOR THE ISSUANCE OF AN INJUNCTION PENDING ITS APPEAL**

During today's teleconference between the Court and all interested parties, the Government agreed to enter into another 6 month bridge contract with the current vendor – which will include 1 month option periods to be exercised until the Federal Circuit issues a decision in CHE's Appeal. As such, CHE withdraws its Motion and Memorandum in Support of its Request for an Injunction Pending CHE's Appeal.

Respectfully submitted,

THE KELLOGG LAW FIRM

By_/s/ Steven E. Kellogg_________

Steven E. Kellogg
2129 W. Main Street
Belleville, IL 62226
(618) 234-1900
(618) 234-5594 FAX
skellogg@kellogglawfirm.com

Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on March 26, 2008, the foregoing was filed electronically. I understand that notice of this filing be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven E. Kellogg_______________
Steven E. Kellogg