# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

FILED
MAR 27 2008
U.S. COURT OF FEDERAL CLAIMS

2007-5172

CHE CONSULTING, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 07-CV-055, Judge Thomas C. Wheeler.

## O R D E R

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

03/27/08

cc: Clerk's Office, CFC
Steven E. Kellogg
Frank Jefferson Hughes

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAR 27 2008
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 03/27/08

CHE CONSULTING V US, 2007-5172
CFC - 07-CV-055

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 3/27/08